UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL BALLINAS and MIGUEL TEJEDA
*on behalf of themselves, FLSA Collective Plaintiffs, and the Class,*

        Plaintiff,

v.

45 MERCER RESTAURANT, LLC, d/b/a GALLI,
HOST RG 45, LLC,
LOCAL WEST, LLC d/b/a LOCAL WEST,
HOST RG 54, LLC, d/b/a BILL'S,
HOST RG 40, LLC d/b/a PRINTERS ALLEY,
CAMP 1382, LLC d/b/a CAMPAGNOLA
RED ONE PLAZA, LLC, d/b/a LUCY'S CANTINA
ROYAL, LDV RG LUCY, LLC,
IMIAN 550, LLC, d/b/a PUBLICANS,
CURT HUEGEL, ASH HEDLI, JOHN W. HEIL III,
SEI HOON CHU, and RICHARD WEISFISCH,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 8 2019

Case No.: 19-cv-07766

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiffs are hereby dismissed, without prejudice, in their entirety as against Defendants, 45 MERCER RESTAURANT, LLC, d/b/a GALLI, HOST RG 45, LLC, LOCAL WEST, LLC d/b/a LOCAL WEST, HOST RG 54, LLC, d/b/a BILL'S, HOST RG 40, LLC d/b/a PRINTERS ALLEY, CAMP 1382, LLC d/b/a CAMPAGNOLA, RED ONE PLAZA, LLC, d/b/a LUCY'S CANTINA ROYAL, LDV RG LUCY, LLC, IMIAN 550, LLC, d/b/a PUBLICANS, CURT HUEGEL, ASH HEDLI, JOHN W. HEIL III, SEI HOON CHU, and RICHARD WEISFISCH, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: October 16, 2019
      New York, New York

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188

**SO ORDERED**

_George B. Daniels_　OCT 1 8 2019
U.S.D.J.　　　　　　　　10/18/2019
　　　　　　　　　　　　　Date